UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROSE,<br><br>     Plaintiff,<br><br>  vs.<br><br>MATTERPORT, INC., RJ PITTMAN,<br>MIKE GUSTAFSON, PETER HEBERT,<br>JASON KRIKORIAN, and SUSAN REPO, | Case No.:  5:24-cv-3313-VKD<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Andrew Rose ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 6, 2024

            **BRODSKY & SMITH**

        By: _Evan J. Smith_____

            Evan J. Smith, Esquire (SBN 242352)
            esmith@brodskysmith.com
            Ryan P. Cardona, Esquire (SBN 302113)
            rcardona@brodskysmith.com
            9595 Wilshire Blvd., Ste. 900
            Beverly Hills, CA 90212
            Phone: (877) 534-2590
            Facsimile (310) 247-0160

            *Attorneys for Plaintiff*